# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| RONALD MANUEL QUINN | |
| CYNTHIA LOU QUINN | BANKRUPTCY # 09-30323 |
| Debtor(s). | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**              **CHECK AMOUNT**

SEE ATTACHED LIST                                $9.37


The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$9.37** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 2ND day of August, 2010.


_____/s/_____
Steven R. Bailey, Trustee

Printed: 07/26/10 04:56 PM                                                                                                   Page: 1

# Claims Distribution Small Checks

**Case:** 09-30323 - QUINN, RONALD MANUEL

**Trustee:** STEVEN R. BAILEY (640060)

**Account No.:** ******7367666

| Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $9.37 |
| 109 | 07/26/10 | 11 | 03/11/10 | 640 | Intermountain Healthcare<br>PO Box 27808<br>Salt Lake City, UT 84127 | 0.70 | 0.70 | 0.70 | 0.70 |
| | | 21 | 04/12/10 | 640 | R. C. Willey<br>Bankruptcy Department<br>P.O. Box 65320<br>Salt Lake City, UT 84165-0320 | 1.21 | 1.21 | 1.21 | 1.21 |
| | | 31 | 05/04/10 | 640 | Capital Recovery III LLC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | 1.56 | 1.56 | 1.56 | 1.56 |
| | | 41 | 05/24/10 | 640 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 1.66 | 1.66 | 1.66 | 1.66 |
| | | 51 | 05/24/10 | 640 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 1.49 | 1.49 | 1.49 | 1.49 |
| | | 61 | 05/24/10 | 640 | GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 2.75 | 2.75 | 2.75 | 2.75 |

(*) Denotes objection to Amount Filed